In re Withdrawal of Nomination Petitions of Joseph J. O'NEILL Candidate for the Office of Judge of the Municipal Court of Philadelphia

Appeal of Joseph J. O'Neill, Bradley K. Moss and David C. Shuter.

Supreme Court of Pennsylvania.

May 9, 2005.

Steven S. Kaplan, Esq., for O'Neill, Joseph, Moss, K. Bradley and David C. Shuter.

Michael P. Meehan, Esq., Philadelphia, for Republican City Committee.

Andrew S. Ross, Esq., for City Commissioners of Philadelphia.

Vito F. Canuso, Jr., Esq., Philadelphia, for Moss, K. Bradley and David C. Shuter.

BEFORE: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM.

AND NOW, this 9th day of May, 2005, upon consideration of Appellants' Petition for Expedited Consideration of the Above-Captioned Appeal, it is hereby ORDERED that said petition is GRANTED, and the order of the Commonwealth Court is AFFIRMED.

Justice NIGRO dissents.

COMMONWEALTH of Pennsylvania, Respondent,

v.

Harold Lee EDDINGS, Jr., Petitioner.

Supreme Court of Pennsylvania.

May 10, 2005.

### ORDER

PER CURIAM.

AND NOW, this 10th day of May 2005, the Petition for Allowance of Appeal is granted. The Order of the Superior Court is reversed based on this Court's decision in *Commonwealth v. Halley,* —— Pa. ——, 870 A.2d 795 (2005).